# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CASE NO. 8:05CR10** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **MEMORANDUM AND ORDER** |
| **TASHA D. ELLIS,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on a Report and Recommendation (Filing No. 17) of a magistrate judge recommending that I accept the defendant's plea of guilty. There are no objections to the Report and Recommendation. Pursuant to 28 U.S.C. § 636(b)(1)(C) and NECrimR 11.2(d), the court has conducted a de novo review of the record.

After careful review,

IT IS ORDERED:

1. The Report and Recommendation (Filing No. 17) is adopted.

2. The defendant is found guilty. The plea is accepted. The court finds that the plea of guilty is knowing, intelligent, voluntary, and that a factual basis exists for the plea.

3. The plea agreement is accepted with the provision that the court is not bound by the parties' stipulation as previously outlined in the magistrate's Report and Recommendation.

4. This case shall proceed to sentencing.

DATED this 18th day of May, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
Joseph F. Bataillon
United States District Judge