Prob 12B
(7/93)

# UNITED STATES DISTRICT COURT

### for the

### District of Nebraska



FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 OCT 12 PM 2:57

OFFICE OF THE CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:**          **Tasha D. Ellis      Docket Number: 8:05CR10**

**Sentencing Judge:**          **The Honorable Joseph F. Bataillon**

**Date of Original Sentence:**          **July 14, 2005**

**Original Offense:**          **Making False Statement; 18 U.S.C. 1001 (a)(1) and 2**

**Original Sentence:**          **5 years probation**

**Type of Supervision:**          **Probation**

**Date Supervision Commenced:**          **July 14, 2005**

---

## PETITIONING THE COURT

____   To extend the term of supervision for _____, for a total term of _____.

__X__   To modify the conditions of supervision as follows:

**To waive the interest on the court ordered restitution.**

### CAUSE

Ms. Ellis is a single mother earning approximately $1,700 income per month. She was ordered to pay $26,302.00 in restitution at a rate of $50 a month or 5% of her gross income whichever is higher. The probation office requests that the court waive the interest on the restitution, so her monthly payment will be fully applied to the restitution balance.

Respectfully submitted,                    Reviewed by,


Douglas D. Steensma                         John A. Hill
U.S. Probation Officer                      Supervising U.S. Probation Officer

Date: September 30, 2005

THE COURT ORDERS

_____    No Action

_____    The Extension of Supervision as noted above

 X     The Modification of Conditions as noted above

_____    Other

The Honorable Joseph F. Bataillon
Chief U.S. District Judge

10/12/05
Date

Prob 49
(Rev. 12/00)

# United States District Court

### District of Nebraska

### Waiver of Hearing to Modify Conditions
### of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervision. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following additional conditions:

**To waive the interest on the court ordered restitution.**

Witness: _____   Signed: _____
Douglas D. Steensma                  Tasha D. Ellis
U.S. Probation Officer               Offender

Date: ___9/12/05___

